## PETRANSKY v REPOSITORY PRINTING CO

Ohio Appeals, 5th Dist, Stark Co

Decided Oct 17, 1935

Edward L. Williams, Akron, and Daniel Q. Gennett, Canton; for plaintiff in error.
William H. Vodrey, East Liverpool, for defendant in error.

For full opinion see 4 OO 507; 51 Oh Ap 306.